**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1916

ROSE B. MOUMOUNI,

Plaintiff - Appellant,

v.

WENDELL SUMTER; DANIEL PFIEFFER; DANA COLTER-WILLIAMS; DR. JEANIE LIGON; DR. ANTWON SUTTON; DEMORRIOUS ROBINSON,

Defendants - Appellees,

and

CHESTER COUNTY SCHOOL DISTRICT,

Defendant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.  (0:22-cv-01697-MGL-SVH)

Submitted:  January 17, 2023                                    Decided:  January 19, 2023

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Rose B. Moumouni, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rose B. Moumouni seeks to appeal the district court's order adopting the magistrate judge's recommendation and dismissing some, but not all, Defendants from her civil case. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Moumouni seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*